# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L. WILSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>WEST CORPORATION, THOMAS B. BARKER, LEE ADREAN, DONALD M. CASEY JR., ANTHONY J. DINOVI, PAUL R. GARCIA, LAURA A. GRATTAN, JEANETTE A. HORAN, MICHAEL A. HUBER, DIANE E. OFFEREINS, GREGORY T. SLOMA,<br><br>  Defendants. | Case No. 8:17-cv-00228-JMG-CRZ |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Michael Wilson ("Plaintiff") hereby gives notice ("Notice") that the above-captioned action ("Action") is voluntarily dismissed with prejudice as to the Plaintiff, but without prejudice as to all other members of the putative class in the Action.

Defendants have neither served an answer nor moved for summary judgment. As such, Plaintiff's dismissal of the Action is effective upon filing of this Notice.

Dated November 1, 2017

CLINE WILIAMS
WRIGHT JOHNSON & OLDFATHER, LLP


s/ Jonathan J. Papik
Jonathan J. Papik
12910 Pierce Street, Suite 200
Omaha, NE 68144
(402) 397-1700

LEVI & KORSINSKY, LLP.
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street NW, Suite 115
Washington, DC 20007
(202) 524-4200
denright@zlk.com
etripodi@zlk.com

*Attorneys for Plaintiff Michael L. Wilson*


## CERTIFICATE OF SERVICE

The undersigned certifies that on November 1, 2017, he caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be served on all counsel of record via the CM/ECF system.

/s/ Jonathan J. Papik

4826-7096-5842, v. 1